**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

kwinnick@seyfarth.com
T (212) 218-5510

www.seyfarth.com

November 11, 2026

**VIA EMAIL AND ECF**
The Honorable Victor Marrero
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007
ChambersNYSDMarrero@nysd.uscourts.gov

**Re: *Afiyfah Muhammad v. Alto Pharmacy, Inc.*, Case No.: 1:26-cv-09402-VM (S.D.N.Y.)**

Your Honor:

We represent Defendant FuzeRx Pharmacy LLC (improperly named as Alto Pharmacy, Inc.) ("Fuze") in the above-referenced matter. Pursuant to the Court's Individual Practice Rule II(B)(1), Fuze sent a letter via email and ECF on November 3, 2026, to counsel for Plaintiff, indicating that Fuze intended to move to dismiss the Complaint. The undersigned's email to counsel for Plaintiff transmitting the letter is attached hereto as Exhibit 1. (*See also* ECF No. 6). Counsel for Plaintiff did not respond to Fuze's letter within the seven days allotted by the Court's Individual Practice Rules.

Fuze still intends to move to dismiss the Complaint on the grounds described in its letter. Accordingly, Fuze respectfully requests that the Court schedule a conference concerning Fuze's proposed motion to dismiss or issue any other order that the Court deems just and proper.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Kyle D. Winnick*

Kyle D. Winnick

cc: Counsel for Plaintiff (via ECF and Email)

Encl.