**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AFIYAH MUHAMMAD.

Plaintiff,

- against -

ALTO PHARMACY, INC.

Defendants.

**26 Civ. 9402 (VM)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/26

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of a letter from Defendant FuzeRX Pharmacy LLC indicating that the parties have completed their pre-motion letter exchange regarding Defendant's anticipated motion to dismiss pursuant to this Court's Individual Practices, although Plaintiff failed to file a responsive letter. (See Dkt. No. 7.) Defendant requests leave to schedule a conference concerning their anticipated motion. (See id.)

The Court finds that a conference is unnecessary and hereby **GRANTS** Defendant leave to file their contemplated motion to dismiss. The parties are **ORDERED** to jointly submit a proposed briefing schedule within fourteen (14) days of this Order.

**SO ORDERED.**

Dated: 13 November 2026
New York, New York

Victor Marrero
U.S.D.J.